UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cr. No. 02-10113-RGS

UNITED STATES OF AMERICA           )   VIOLATIONS:
                                   )
        v.                         )   21 U.S.C. § 846 -
                                   )     Conspiracy to Possess
1. DIOMEDES ANZIANI                )     Heroin with Intent
2. LUIS E. RODRIGUEZ               )     to Distribute
3. JOSE MIGUEL HICIANO AMARO       )
4. JOHNNY CIRIACO                  )   21 U.S.C. § 841-
5. RAMON ANZIANI                   )     Possession of Heroin with
6. PEDRO MARTINEZ                  )     Intent to Distribute and
7. ANGEL MATOS                     )     Distribution of Heroin
8. ELISON ANZIANI                  )
9. RAFAEL CORTIJO                  )   21 U.S.C. § 843(b) -
10. ARCHIE DESROSIERS              )    Use of Communication Facility
11. ROBERT DAVIS                   )    in Furtherance of a
12. RYAN CASSAVECHIA               )    Controlled Substances Offense
13. CHRISTY WANAGER                )
14. CHRISTOPHER JOHNSON            )
15. ALANDA DOWNS                   )   18 U.S.C. § 2-Aiding and
16. MICHAEL BODGE                  )    Abetting
17. FRANK MCQUADE                  )
18. SHANNAH VIGUE                  )
19. MATTHEW STONE                  )
20. MELANIO ALMONTE                )
21. JONATHAN GARCIA                )
22. CRISTIAN GARCIA                )
23. JUAN A. HERNANDEZ ORTIZ        )
24. FNU LNU,                       )
    a/k/a "Frenery,"               )
    a/k/a "Frank"                  )
25. DANIEL ORTIZ                   )
26. FNU LNU,                       )
    a/k/a "Vitin"                  )
27. FNU LNU,                       )
    a/k/a "Pineo"                  )
    a/k/a "Yoel Rodriguez"         )
    a/k/a "Osvaldo Guerrero"       )
28. FNU LNU, a/k/a "Dario"         )
    a/k/a "Miguel Garcia"          )
29. WILLIAM FELIZ,                 )
    a/k/a "William Felix"          )

**FOURTH SUPERSEDING INDICTMENT**

COUNT ONE:    (21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute and to Distribute Heroin)

The Grand Jury charges that:

From a date unknown to the United States, but from at least May 16, 2001, and continuing thereafter until on or about April 2, 2002, in the District of Massachusetts,

      4. JOHNNY CIRIACO,
      5. RAMON ANZIANI,
      7. ANGEL MATOS,

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy charged in Count One involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute and to Distribute Heroin)

The Grand Jury further charges that:

From a date unknown to the United States, but from at least December 19, 2001, and continuing thereafter until on or about March 22, 2002, in the District of Massachusetts,

    4. JOHNNY CIRIACO,
   21. JONATHAN GARCIA,
   24. FNU LNU,
       a/k/a "Frenery,"
       a/k/a "Frank,"
   27. FNU LNU,
       a/k/a "Pineo,"
       a/k/a "Yoel Rodriguez"
       a/k/a "Osvaldo Guerrero"
   29. WILLIAM FELIZ,
       a/k/a "William Felix,"

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy charged in Count Two involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The defendant RAMON ANZIANI is accountable for at least 1 kilogram, but not more than 3 kilograms, of heroin. Accordingly, 21 U.S.C. § 841(b)(1)(B) and USSG §2D1.1(c)(4) apply.

2. The defendant RAMON ANZIANI was an manager or supervisor of a criminal activity that involved five or more participants or was otherwise extensive. Accordingly, USSG §3B1.1(b) applies to this defendant.

3. The defendant FNU LNU, a/k/a PINEO, a/k/a YOEL RODRIGUEZ, a/k/a OSVALDO GUERRERO is accountable for at least 100 grams, but not more than 400 grams, of heroin. Accordingly, 21 U.S.C. § 841(b)(1)(B) and USSG §2D1.1(c)(7) apply.

4. The defendant WILLIAM FELIZ, a/k/a WILLIAM FELIX is accountable for at least 700 grams, but no more than 1 kilogram of heroin. Accordingly, USSG §2D1.1(c)(5) applies.

A TRUE BILL

*Patricia Kokosta* (signature)
FOREPERSON OF THE GRAND JURY

*(signature)*
RACHEL E. HERSHFANG
JOHN A. WORTMANN, Jr.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS         September 16, 2004.

Returned into the District Court by the Grand Jurors and filed.

*(signature)* B. Roland
Deputy Clerk         11:44A

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Methuen     **Category No.** I     **Investigating Agency** DEA

**City** METHUEN

**County** ESSEX

**Related Case Information:**
Superseding Ind./ Inf.  X          Case No. 02-10113-RGS
Same Defendant  X          New Defendant
Magistrate Judge Case Number    02-1619-CBS; 01-00042, 50
Search Warrant Case Number    02-1621-CBS
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  JOHNNY CIRIACO          Juvenile:   ☐ Yes   X No

Alias Name

Address

Birthdate:       SS #       Sex:       Race:       Nationalit

**Defense Counsel if known:**          Address

Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang          Bar Number if applicable

Interpreter:   x Yes   ☐ No     List language and/or dialect:  Spanish

**Matter to be SEALED:**   Yes   ☐X No

   x Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   x Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   x Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOHNNY CIRIACO

U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1, 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-ciriaco1.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Methuen  **Category No.** I  **Investigating Agency** DEA

**City** METHUEN

**County** ESSEX

**Related Case Information:**
Superseding Ind./ Inf.  X   **Case No.** 02-10113-RGS
Same Defendant  X   New Defendant
Magistrate Judge Case Number  02-1619-CBS; 01-00042, 50
Search Warrant Case Number  02-1621-CBS
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  RAMON ANZIANI   Juvenile: ☐ Yes  X No

Alias Name

Address

Birthdate:     SS #     Sex:    Race:     Nationalit

**Defense Counsel if known:**  Melvin Norris   Address

Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang   Bar Number if applicable

Interpreter:  x Yes  ☐ No   List language and/or dialect:  Spanish

**Matter to be SEALED:**  Yes  ☐X No

Warrant Requested   ☐ Regular Process   x In Custody

**Location Status:**

Arrest Date  4/2/02

x  Already in Federal Custody as of  4/2/02  in  D.Ma.
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:    on

**Charging Document:**  Complaint  ☐ Information  x Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  RAMON ANZIANI

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-ramon1.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Methuen     **Category No.** I     **Investigating Agency** DEA

**City** METHUEN

**County** ESSEX

**Related Case Information:**
Superseding Ind./ Inf.  X     Case No. 02-10113-RGS
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number  02-1619-CBS; 01-00042, 50
Search Warrant Case Number  02-1621-CBS
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ANGEL MATOS     Juvenile:  ☐ Yes   X No

Alias Name  _____

Address  _____

Birthdate: _____   SS # _____   Sex: _____   Race: _____   Nationalit _____

**Defense Counsel if known:** _____     Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang     Bar Number if applicable _____

Interpreter:   x Yes   ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:   Yes   X No

  x  Warrant Requested     ☐ Regular Process     In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint     ☐ Information     x Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____     Signature of AUSA: _____

JS 45 (5/97); (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ANGEL MATOS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-matos1.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Methuen  **Category No.** I  **Investigating Agency** DEA

**City** METHUEN

**County** ESSEX

**Related Case Information:**
Superseding Ind./ Inf.   X   **Case No.** 02-10113-RGS
Same Defendant   X   New Defendant
Magistrate Judge Case Number   02-1619-CBS; 01-00042, 50
Search Warrant Case Number   02-1621-CBS
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JONATHAN GARCIA   Juvenile: ☐ Yes   X No

Alias Name

Address

Birthdate:   SS #   Sex:   Race:   Nationalit

**Defense Counsel if known:**   Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang   Bar Number if applicable

**Interpreter:**   x Yes   ☐ No   List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes   X No

   x Warrant Requested   ☐ Regular Process   In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:**   Complaint   ☐ Information   x Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   x Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ____   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     JONATHAN GARCIA

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1, 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-jonathan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Methuen    **Category No.** I    **Investigating Agency** DEA

**City**    METHUEN

**County**    ESSEX

**Related Case Information:**
Superseding Ind./ Inf.   X    Case No. 02-10113-RGS
Same Defendant   X    New Defendant
Magistrate Judge Case Number   02-1619-CBS; 01-00042, 50
Search Warrant Case Number   02-1621-CBS
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   FNU MNU LNU    Juvenile: ☐ Yes   X No

Alias Name   "FRENERY" "FRANK"

Address

Birthdate:    SS #    Sex:    Race:    Nationalit

Defense Counsel if known:    Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang    Bar Number if applicable

Interpreter:   x Yes   ☐ No    List language and/or dialect:   Spanish

Matter to be SEALED:    Yes   ☐X No

   x Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    x Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    x Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   FNU LNU, a/k/a "FRENERY," a/k/a "FRANK"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-frenery.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Lowell   **Category No.** I   **Investigating Agency** DEA

**City** Lowell, Lawrence   **Related Case Information:**

**County** Middlesex, Essex

Superseding Ind./ Inf. X   Case No. 02-10113-RGS
Same Defendant X   New Defendant ___
Magistrate Judge Case Number   02-1619,-1643-1748-CBS
Search Warrant Case Number   02-1621-CBS
R 20/R 40 from District of   ___

**Defendant Information:**

Defendant Name   William Felix   Juvenile: ☐ Yes  X No

Alias Name   William Feliz

Address   ___

Birthdate: ___   SS # ___   Sex: M   Race: ___   Nationalit ___

**Defense Counsel if known:** ___   Address ___

Bar Number ___

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang, 748-3249   Bar Number if applicable ___

**Interpreter:**  X Yes  ☐ No   List language and/or dialect:   Spanish

**Matter to be SEALED:** ☐ Yes  X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   January 14, 2003

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   MJ, EDNY   on   Jan. 15, 2003

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ___   Signature of AUSA: [signature]

3JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 846 | Conspiracy to possess with intent to distrib. heroin | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS45 abreu felix.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Methuen  **Category No.** I  **Investigating Agency** DEA

**City** METHUEN  **Related Case Information:**

**County** ESSEX

Superseding Ind./ Inf. X  Case No. 02-10113-RGS
Same Defendant X  New Defendant _____
Magistrate Judge Case Number  02-1619-CBS; 01-00042, 50
Search Warrant Case Number  02-1621-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  FNU MNU LNU  Juvenile: ☐ Yes  X No
Alias Name  "PINEO" "YOEL RODRIGUEZ" "OSVALDO GUERRERO"
Address _____
Birthdate: ____  SS # ____  Sex: ____  Race: ____  Nationalit ____

**Defense Counsel if known:** _____  Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang  Bar Number if applicable _____

**Interpreter:** x Yes  ☐ No  List language and/or dialect: Spanish

**Matter to be SEALED:**  Yes  X No

Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  Complaint  ☐ Information  x Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  x Felony 1 ____

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     FNU LNU, a/k/a "PINEO" a/k/a "YOEL RODRIGUEZ" a/k/a "OSVALDO GUERRERO"

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-pineo.wpd - 2/7/02