UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

United States of America,            )
                                     )
v.                                   )   No. 02-10113-RGS
                                     )
William Felix,                       )
                                     )
            Defendant.               )

---

## ASSENTED TO MOTION TO CONTINUE TRIAL

NOW COMES the defendant, William Felix, by and through his attorney, Lawrence A. Vogelman, Esquire, of Shuchman, Krause, & Vogelman, P.L.L.C. and moves this Court continue the beginning of his trial now scheduled for October 4, 2004, to October 12, 2004.

1. I am the attorney representing William Felix in the above-captioned case.

2. Due to a family medical emergency, I will be unable to appear for trial the week of October 4' 2004. I will, however, be available to commence trial the following week.

3. Assistant United States Attorney Rachel Hershfang and John Laymon, attorney for the only remaining co-defendant, assents to this continuance.

4. A speedy act trial waiver has been forwarded to the defendant and will be filed with the Court upon execution.

5. Due to the nature of this motion, no memorandum of law is attached.

F:\Feliz, William\P.Assented to Motion to Continue Trial.09-20-04.doc

1

WHEREFORE, for the reasons stated above, the defendant, William Felix, respectfully requests that his trial be continued until October 12, 2004, and for such further relief as this Court deems just and proper.

Respectfully submitted,

WILLIAM FELIX

SHUCHMAN, KRAUSE & VOGELMAN, P.L.L.C.

Dated: September 20, 2004
Exeter, NH

_____
LAWRENCE A. VOGELMAN
P.O. Box 220, 42 Hampton Road
Exeter, NH 03833-0220
Tel. (603) 778-1984
Fax (603) 778-9216

### CERTIFICATION

I hereby certify that a copy of the foregoing Assented to Motion to Continue Trial has this 20 day of September, 2004, been forwarded to AUSA Rachel Hershfang, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and John W. Laymon, 101 Merrimack Street, Boston, MA 02114.

_____
LAWRENCE A. VOGELMAN

F:\Feliz, William\P.Assented to Motion to Continue Trial.09-20-04.doc