UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 02-10113-27, 29-RGS

YOEL RODRIGUEZ and
WILLIAM FELIZ

### NOTICE OF RE-SCHEDULED TRIAL

STEARNS, DJ.           OCTOBER 7, 2004

TRIAL IN THE ABOVE-CAPTIONED ACTION IS HEREBY RE-SCHEDULED TO:

**MONDAY, NOVEMBER 1, 2004 AT 9:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR.

TRIAL DOCUMENTS SHALL BE FILED, OR SUPPLEMENTED IF COUNSEL SO CHOOSE, ON OR BEFORE **OCTOBER 26, 2004.**

A "FINAL PRE-TRIAL CONFERENCE WILL BE HELD ON **THURSDAY, OCTOBER 28, 2004 AT 3:00 P.M.**"

SO ORDERED.

            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE

BY:      /s/ Mary H. Johnson
           Deputy Clerk

**TO: AUSA Hershfang;   Attys. Vogelman and Donaldson.**