UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -4 P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Criminal No. 02-10113-RGS | |
| v. ) | |
| ) | |
| 27. FNU LNU, a/k/a "Pineo" ) | |
| a/k/a "Yoel Rodriguez" ) | |
| a/k/a "Osvaldo Guerrero" ) | |
| 29. WILLIAM FELIZ, ) | |
| a/k/a "William Felix" ) | |

### GOVERNMENT'S WITNESS LIST

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Jennifer H. Zacks, Assistant U.S. Attorneys, and submits its witness list for the trial of this action. The government reserves its right to supplement or modify the list in light of the evidence that is admitted at the trial and with reasonable notice to the defendants.

1. DEA Special Agent Todd Prough[1]
   Cross Borders Initiative
   900 Chelmsford St.
   Tower 3
   Lowell, MA 01851

2. Officer John Bossi
   Wilmington Police Department
   Wilmington, MA 01887

3. DEA Special Agent Gregg Willoughby
   Cross Borders Initiative
   900 Chelmsford St.
   Tower 3
   Lowell, MA 01851

4. DEA Special Agent Robert Kew
   Cross Borders Initiative
   900 Chelmsford St.
   Tower 3

---

[1] The government seeks permission for Agent Prough to be present at counsel table for the duration of the trial.

        Lowell, MA 01851

5.   DEA Special Agent Michael O'Shaughnessy
     Cross Borders Initiative
     900 Chelmsford St.
     Tower 3
     Lowell, MA 01851

6.   TFA George Karelas
     Cross Borders Initiative
     900 Chelmsford St.
     Tower 3
     Lowell, MA 01851

7.   Officer Thomas E. Donovan
     Methuen Police Department
     Methuen, MA

8.   Lt. Thomas Fram
     Methuen Police Department
     Methuen, MA

9.   Officer Paul Ramirez
     Methuen Police Department
     Methuen, MA

10.  Lt. Diane Heffernan
     North Andover Police Department
     North Andover, MA 01845

11.  Daniel Cronin
     North Andover Police Department
     North Andover, MA 01845

12.  Officer Michael Murphy
     North Reading Police Department
     North Reading, MA 01864

13.  Jorge Ariel Abreu
     c/o Howard Leader, Esq.
     11 East Broadway, 11th Floor
     New York, NY 10038

14.  Melanio Almonte
     c/o Benjamin Entine, Esquire
     77 Franklin Street
     3rd Floor
     Boston, MA 02110

15.  TFA David Chambers
     Cross Borders Initiative
     Lowell, MA