UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal Number: 02-10113-RGS |
| | ) |
| 5. RAMON ANZIANI | ) |
| 27. FNU LNU, | ) |
|   a/k/a "Pineo" | ) |
|   a/k/a "Yoel Rodriguez" | ) |
|   a/k/a "Osvaldo Guerrero" | ) |
| 29. WILLIAM FELIZ, | ) |
|   a/k/a "William Felix," | ) |
| | ) |
|   Defendants. | ) |

## STIPULATION OF THE PARTIES AS TO DRUG EXHIBITS

The United States of America and defendants Ramon Anziani, Osvaldo Guerrero, and William Feliz, through their undersigned attorneys, hereby stipulate and agree as follows:

The powder seized from Melanio Almonte on March 23, 2002 and assigned DEA Exhibit No. 31 was secured until it was sent to and analyzed by the Drug Enforcement Administration Laboratory in New York, New York and found to consist of 39.7 grams, net weight, containing heroin. Following the chemical analysis, the drugs were returned to the evidence custodian at the Drug Enforcement Administration in Boston.

MICHAEL J. SULLIVAN
United States Attorney

By:_____
     Rachel E. Hershfang
     Assistant U.S. Attorney

WILLIAM FELIZ                          OSVALDO GUERRERO

By:_____            By:_____
Lawrence A. Vogelman, Esq.                 John W. Laymon, Esq.

Dated: October ___, 2004