UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal Number 02-10113-RGS |
| | ) | |
| 27. FNU LNU, | ) | |
| a/k/a "Pineo" | ) | |
| a/k/a "Yoel Rodriguez" | ) | |
| a/k/a "Osvaldo Guerrero" | ) | |
| 29. WILLIAM FELIZ, | ) | |
| a/k/a "William Felix," | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF THE PARTIES AS TO RECORDED CALLS

The United States of America and defendants Osvaldo Guerrero and William Feliz, through their undersigned attorneys, hereby stipulate and agree as follows:

The cd-roms marked Government Exhibits 31 and 32 contain fair and accurate copies of 20 calls, assigned the numbers set out below, that were recorded on telephone line (978) 943-1787 at the dates and times set forth below. These calls appear on Government Exhibits 31 and 32 as they were initially recorded, without any additions, deletions, or alterations.

| Call Number | Date | Start Time |
|---|---|---|
| 118 | 3/8/02 | 16:28:57 |
| 170 | 3/9/02 | 10:46:25 |
| 224 | 3/9/02 | 18:12:28 |
| 236 | 3/9/02 | 19:43:25 |
| 239 | 3/10/02 | 11:34:00 |
| 245 | 3/10/02 | 17:13:16 |
| 247 | 3/10/02 | 18:37:23 |

| Call Number | Date | Start Time |
|---|---|---|
| 250 | 3/11/02 | 07:27:25 |
| 314 | 3/12/02 | 14:19:07 |
| 315 | 3/12/02 | 14:33:52 |
| 358 | 3/13/02 | 13:16:13 |
| 382 | 3/13//02 | 18:34:26 |
| 450 | 3/14/02 | 20:22:52 |
| 476-B | 3/15/02 | 15:44:35 |
| 774 | 3/23/02 | 11:42:33 |
| 775 | 3/23/02 | 11:44:07 |
| 776 | 3/23/02 | 12:02:36 |
| 779 | 3/23/02 | 13:19:41 |
| 786 | 3/23/02 | 13:32:27 |
| 800 | 3/23/02 | 14:31:13 |

MICHAEL J. SULLIVAN
United States Attorney

By:_____
Rachel E. Hershfang
Assistant U.S. Attorney

WILLIAM FELIZ

By:_____
Lawrence A. Vogelman, Esq.

OSVALDO GUERRERO

By:_____
John W. Laymon, Esq.

Dated: October ___, 2004

2

16. Officer Marcos Chavez
    Lowell Police Department
    Lowell, MA

17. Special Agent Kevin Frye
    Drug Enforcement Administration
    15 New Sudbury St., Room E400
    Boston, MA 02203-0402

18. Stacey D. Turner
    Northeast Regional Laboratory
    99 10th Avenue
    Suite 721
    New York, NY 10011

19. Joaquín Font
    P.O. Box 390844
    Cambridge, MA

20. Detective Freddy Suarez
    New York Police Department
    New York, NY

21. Keeper of Records
    Verizon
    1095 Avenue of the Americas
    New York, NY 10036

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:

                                                _____
                                                RACHEL E. HERSHFANG
                                                JENNIFER H. ZACKS
                                                Assistant U.S. Attorneys

Dated: October 4, 2004