UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cr. No. 02-10113-RGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATIONS: |
| ) | |
| v. ) | 21 U.S.C. § 846 - |
| ) | Conspiracy to Possess |
| 1. DIOMEDES ANZIANI ) | Heroin with Intent |
| 2. LUIS E. RODRIGUEZ ) | to Distribute |
| 3. JOSE MIGUEL HICIANO AMARO ) | |
| 4. JOHNNY CIRIACO ) | 21 U.S.C. § 841- |
| 5. RAMON ANZIANI ) | Possession of Heroin with |
| 6. PEDRO MARTINEZ ) | Intent to Distribute and |
| 7. ANGEL MATOS ) | Distribution of Heroin |
| 8. ELISON ANZIANI ) | |
| 9. RAFAEL CORTIJO ) | 21 U.S.C. § 843(b) - |
| 10. ARCHIE DESROSIERS ) | Use of Communication Facility |
| 11. ROBERT DAVIS ) | in Furtherance of a |
| 12. RYAN CASSAVECHIA ) | Controlled Substances Offense |
| 13. CHRISTY WANAGER ) | |
| 14. CHRISTOPHER JOHNSON ) | |
| 15. ALANDA DOWNS ) | 18 U.S.C. § 2-Aiding and |
| 16. MICHAEL BODGE ) | Abetting |
| 17. FRANK MCQUADE ) | |
| 18. SHANNAH VIGUE ) | |
| 19. MATTHEW STONE ) | |
| 20. MELANIO ALMONTE ) | |
| 21. JONATHAN GARCIA ) | |
| 22. CRISTIAN GARCIA ) | |
| 23. JUAN A. HERNANDEZ ORTIZ ) | |
| 24. FNU LNU, ) | |
| a/k/a "Frenery," ) | |
| a/k/a "Frank" ) | |
| 25. DANIEL ORTIZ ) | |
| 26. FNU LNU, ) | |
| a/k/a "Vitin" ) | |
| 27. FNU LNU, ) | |
| a/k/a "Pineo" ) | |
| a/k/a "Yoel Rodriguez" ) | |
| a/k/a "Osvaldo Guerrero" ) | |
| 28. FNU LNU, a/k/a "Dario" ) | |
| a/k/a "Miguel Garcia" ) | |
| 29. WILLIAM FELIZ, ) | |
| a/k/a "William Felix" ) | |

**FIFTH SUPERSEDING INDICTMENT**

**COUNT ONE:**      **(21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute and to Distribute Heroin)**

The Grand Jury charges that:

From a date unknown to the United States, but from at least May 16, 2001, and continuing thereafter until on or about April 2, 2002, in the District of Massachusetts,

> 4. JOHNNY CIRIACO,
> 5. RAMON ANZIANI,
> 7. ANGEL MATOS,

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy charged in Count One involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**    **(21 U.S.C. § 846 - Conspiracy to Possess Heroin With Intent to Distribute and to Distribute Heroin)**

The Grand Jury further charges that:

From a date unknown to the United States, but from at least December 19, 2001, and continuing thereafter until on or about March 23, 2002, in the District of Massachusetts,

                    4. JOHNNY CIRIACO,
                    21.JONATHAN GARCIA,
                    24.FNU LNU,
                        a/k/a "Frenery,"
                        a/k/a "Frank,"
                    27.FNU LNU,
                        a/k/a "Pineo,"
                        a/k/a "Yoel Rodriguez"
                        a/k/a "Osvaldo Guerrero"
                    29.WILLIAM FELIZ,
                        a/k/a "William Felix,"

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy charged in Count Two involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One and
Two of this Indictment,

>                JOHNNY CIRIACO,
>                RAMON ANZIANI,
>                ANGEL MATOS,
>                JONATHAN GARCIA,
>                FNU LNU,
>                     a/k/a "Frenery,"
>                     a/k/a "Frank,"
>                FNU LNU,
>                     a/k/a "Pineo,"
>                     a/k/a "Yoel Rodriguez,"
>                     a/k/a "Osvaldo Guerrero," and
>                WILLIAM FELIZ,
>                     a/k/a "William Felix,"

defendants herein, shall forfeit to the United States any and all
property constituting, or derived from, any proceeds the
defendant obtained, directly or indirectly, as a result of the
offenses, and any property used or intended to be used, in any
manner or part, to commit, or to facilitate the commission of,
such offenses.

2.    If any of the properties described in paragraph 1,
above, as a result of any act or omission of the defendant --

> (a)    cannot be located upon the exercise of due
>        diligence;

> (b)    has been transferred or sold to, or deposited
>        with, a third party;

> (c)    has been placed beyond the jurisdiction of the

Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which

cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.    The defendant RAMON ANZIANI is accountable for at least 1 kilogram, but not more than 3 kilograms, of heroin. Accordingly, USSG §2D1.1(c)(4) applies to this defendant.

2.    The defendant RAMON ANZIANI was a manager or supervisor of a criminal activity that involved five or more participants or was otherwise extensive.  Accordingly, USSG §3B1.1(b) applies to this defendant.

3.    The defendant FNU LNU, a/k/a PINEO, a/k/a YOEL RODRIGUEZ, a/k/a OSVALDO GUERRERO is accountable for at least 100 grams, but not more than 400 grams, of heroin.  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

4.    The defendant WILLIAM FELIZ, a/k/a WILLIAM FELIX is accountable for at least 1 kilogram, but no more than 3 kilograms, of heroin.  Accordingly, USSG §2D1.1(c)(4) applies to this defendant.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

RACHEL E. HERSHFANG
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    October $14$, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

JS 45 (5/97) - (revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Methuen      **Category No.** I          **Investigating Agency**  DEA

**City**   METHUEN                    **Related Case Information:**

**County**   ESSEX                    Superseding Ind./ Inf.  X          Case No.  02-10113-RGS
                                      Same Defendant   X          New Defendant
                                      Magistrate Judge Case Number    02-1619-CBS; 01-00042, 50
                                      Search Warrant Case Number   02-1621-CBS
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RAMON ANZIANI                    Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate:          SS #          Sex:        Race:          Nationalit

**Defense Counsel if known:**   Melvin Norris          Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang                    Bar Number if applicable

**Interpreter:**     x Yes     ☐ No       List language and/or dialect:       Spanish

**Matter to be SEALED:**          Yes   ☐X No

      Warrant Requested          ☐ Regular Process       x In Custody

**Location Status:**

Arrest Date      4/2/02

x  Already in Federal Custody as of       4/2/02          in    D.Ma.                    .
☐  Already in State Custody at                    ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**     Complaint     ☐ Information       x Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:      [illegible]        Signature of AUSA:    [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RAMON ANZIANI _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-ramon1.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Methuen        **Category No.**  I            **Investigating Agency**    DEA

**City**    METHUEN                **Related Case Information:**

**County**    ESSEX                Superseding Ind./ Inf.    X            Case No.    02-10113-RGS
                Same Defendant    X            New Defendant
                Magistrate Judge Case Number        02-1619-CBS; 01-00042, 50
                Search Warrant Case Number        02-1621-CBS
                R 20/R 40 from District of

**Defendant Information:**

Defendant Name    FNU MNU LNU                    Juvenile:        ☐ Yes    X No

Alias Name    "PINEO" "YOEL RODRIGUEZ" "OSVALDO GUERRERO"

Address

Birthdate:        SS #        Sex:        Race:            Nationalit

**Defense Counsel if known:**            Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang            Bar Number if applicable

**Interpreter:**    x Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes  X    No

        Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of            in
☐ Already in State Custody at            ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:            on

**Charging Document:**        Complaint        ☐ Information        x Indictment

**Total # of Counts:**        ☐ Petty        ☐ Misdemeanor        x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:            Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    FNU LNU, a/k/a "PINEO" a/k/a "YOEL RODRIGUEZ" a/k/a "OSVALDO GUERRERO"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-pineo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Lowell          **Category No.**  I          **Investigating Agency**   DEA

**City**    Lowell, Lawrence          **Related Case Information:**

**County**    Middlesex, Essex          Superseding Ind./ Inf.   X          Case No.   02-10113-RGS
Same Defendant     X          New Defendant
Magistrate Judge Case Number     02-1619,-1643-1748-CBS
Search Warrant Case Number     02-1621-CBS
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    William Feliz                                    Juvenile:          ☐  Yes      X  No

Alias Name        William Felix

Address

Birthdate:          SS #          Sex:  M     Race:                    Nationalit

**Defense Counsel if known:**                         Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang, 748-3249                    Bar Number if applicable

**Interpreter:**          X  Yes     ☐  No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          ☐  Yes     X   No

        ☐  Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date          January 14, 2003

☐  Already in Federal Custody as of                    in

☐  Already in State Custody at                    ☐  Serving Sentence          ☐  Awaiting Trial

X  On Pretrial Release:     Ordered by:     MJ, EDNY                    on    Jan. 15, 2003

**Charging Document:**          ☐ Complaint          ☐ Information          X  Indictment

**Total # of Counts:**          ☐  Petty          ☐  Misdemeanor          X  Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:                    Signature of AUSA:

3JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. 846 | Conspiracy to possess with intent to distrib. heroin | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court – District of Massachusetts**

**Place of Offense:**   Methuen        **Category No.**  I _____        **Investigating Agency**   DEA _____

**City**   METHUEN _____        **Related Case Information:**

**County**   ESSEX _____
                              Superseding Ind./ Inf.   X _____        Case No.   02-10113-RGS
                              Same Defendant    X _____    New Defendant _____
                              Magistrate Judge Case Number    02-1619-CBS; 01-00042, 50
                              Search Warrant Case Number    02-1621-CBS
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ANGEL MATOS _____        Juvenile:        ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: _____ Race: _____ Nationalit _____

**Defense Counsel if known:** _____        Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang _____        Bar Number if applicable _____

**Interpreter:**   x Yes    ☐ No        List language and/or dialect:        Spanish _____

**Matter to be SEALED:**        Yes  X     No

      x  Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        Complaint        ☐ Information        x Indictment

**Total # of Counts:**        ☐ Petty _____    ☐ Misdemeanor _____ x Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☐        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____        Signature of AUSA: _____

JS 45  ⟨5/97⟩  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANGEL MATOS _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-matos1.wpd - 2/7/02

JS 45 (5-97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Methuen        **Category No.** I_____        **Investigating Agency**   DEA_____

**City**   METHUEN_____        **Related Case Information:**

**County**   ESSEX_____

Superseding Ind./ Inf.   X_____        Case No.   02-10113-RGS
Same Defendant   X_____        New Defendant_____
Magistrate Judge Case Number   02-1619-CBS; 01-00042, 50
Search Warrant Case Number   02-1621-CBS
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   JONATHAN GARCIA_____        Juvenile:        ☐ Yes     X No

Alias Name   _____

Address   _____

Birthdate: _____ SS # _____ Sex: _____ Race: _____ Nationalit _____

**Defense Counsel if known:**        _____        Address _____

Bar Number   _____        _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang_____        Bar Number if applicable   _____

**Interpreter:**        x  Yes        ☐ No        List language and/or dialect:        Spanish_____

**Matter to be SEALED:**        Yes   X   No

☐ x  Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date   _____

☐ Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at   _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**        Complaint        ☐ Information        x  Indictment

**Total # of Counts:**        ☐ Petty _____        ☐ Misdemeanor _____ x Felony 2_____

Continue on Page 2 for Entry of U.S.C. Citations

☐        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   _____        Signature of AUSA:   _____

JS 45 (5/9?)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JONATHAN GARCIA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1, 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-jonathan.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Methuen    **Category No.** __I__    **Investigating Agency** __DEA__

**City** __METHUEN__      **Related Case Information:**

**County** __ESSEX__

Superseding Ind./ Inf. __X__    Case No. __02-10113-RGS__
Same Defendant __X__    New Defendant
Magistrate Judge Case Number __02-1619-CBS; 01-00042, 50__
Search Warrant Case Number __02-1621-CBS__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __FNU MNU LNU__    Juvenile:   ☐ Yes   X No

Alias Name __"FRENERY" "FRANK"__

Address _____

Birthdate: _____ SS # _____ Sex: _____ Race: _____ Nationalit _____

**Defense Counsel if known:** _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang__    Bar Number if applicable _____

**Interpreter:**   x Yes   ☐ No    List language and/or dialect:   Spanish

**Matter to be SEALED:**    Yes ☐X No

    x Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    x Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   x Felony 1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    FNU LNU, a/k/a "FRENERY," a/k/a "FRANK" _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Methuen     **Category No.**  I _____     **Investigating Agency**  DEA _____

**City**  METHUEN _____     **Related Case Information:**

**County**  ESSEX _____

Superseding Ind./ Inf.  X _____     Case No.  02-10113-RGS _____
Same Defendant  X _____     New Defendant _____
Magistrate Judge Case Number  02-1619-CBS; 01-00042, 50 _____
Search Warrant Case Number  02-1621-CBS _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOHNNY CIRIACO _____     Juvenile:     ☐ Yes     X No

Alias Name _____

Address _____

Birthdate: _____  SS # _____  Sex: _____  Race: _____  Nationalit _____

**Defense Counsel if known:** _____     Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang _____     Bar Number if applicable _____

**Interpreter:**     x Yes     ☐ No     List language and/or dialect:     Spanish _____

**Matter to be SEALED:**     Yes  ☐X No

     x Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____  in _____   .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**     Complaint     ☐ Information     x Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  x Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☐     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: _____     Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    JOHNNY CIRIACO _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy Possess/Dist. Heroin | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ciriaco1.wpd - 2/7/02