IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 OCT 26  P 5:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 02-10113-RGS |
| v. | ) |
| | ) |
| 27. FNU LNU, a/k/a "Pineo" | ) |
|     a/k/a "Yoel Rodriguez" | ) |
|     a/k/a "Osvaldo Guerrero" | ) |
| 29. WILLIAM FELIZ, | ) |
|     a/k/a "William Felix" | ) |

**REVISED EXHIBIT LIST OF THE UNITED STATES**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Jennifer H. Zacks, Assistant U.S. Attorneys, and hereby submits its exhibit list for the trials of this action. The government reserves its right to supplement or modify this list in light of the evidence that is admitted at the trials and with reasonable notice to the defendants.

1. Transcript: call 118, 3/8/02 at 16:28:57.
2. Transcript: call 170, 3/9/02 at 10:46:25.
3. Transcript: call 224, 3/9/02 at 18:12:28.
4. Transcript: call 236, 3/9/02 at 19:43:25.
5. Transcript: call 239, 3/10/02 at 11:34:00.
6. Transcript: call 245, 3/10/02 at 17:13:16.
7. Transcript: call 247, 3/10/02 at 18:37:23.
8. Transcript: call 250, 3/11/02 at 07:27:25.
9. Transcript: call 314, 3/12/02 at 14:19:07.

10. Transcript: call 315, 3/12/02 at 14:33:52.
11. Transcript: call 358, 3/13/02 at 13:16:13.
12. Transcript: call 382, 3/13//02 at 18:34:26.
13. Transcript: call 450, 3/14/02 at 20:22:52.
14. Transcript: call 476-B, 3/15/02 at 15:44:35.
15. Transcript: call 775, 3/23/02 at 11:44:07.
16. Transcript: call 776, 3/23/02 at 12:02:36.
17. Transcript: call 779, 3/23/02 at 13:19:41.
18. Transcript: call 786, 3/23/02 at 13:32:27.
19. Transcript: call 800, 3/23/02 at 14:31:13.
20. Photograph of Colonial Arms, South Union Street, Lawrence, Massachusetts.
21. Photograph of Colonial Arms, South Union Street, Lawrence, Massachusetts.
22. Photograph of 10 Third Street, Lowell, MA.
23. Photograph of 10 Third Street, Lowell, MA.
24. Photograph of 10 Third Street, Lowell, MA.
25. Cooperation/plea agreement: Jorge Ariel Abreu (S.D.N.Y.).
26. Cooperation/plea agreement: Jorge Ariel Abreu (D. Mass.).
27. Photograph of Colores (barbershop).
28. Photograph of Colores (barbershop).
29. Stipulation of the parties regarding intercepted, recorded conversations.
30. Compact disk containing ten recorded telephone calls (Calls 118, 170, 236, 245, 247, 250, 314, 315, 382, 476).

30A. Compact disk containing excerpts of five calls from Exhibit 30 (Calls 118, 245, 314, 382, 476).

31. Compact disk containing nine recorded telephone calls (Calls 224, 239, 358, 450, 775, 776, 779, 786, 800.)

31A. Compact disk containing excerpts of two calls from Exhibit 31 (Calls 358, 450).

32. Cooperation/plea agreement for Melanio Almonte.

33. Heroin (DEA Exhibit 31).

34. Curriculum vitae for Stacey Turner, Northeast Regional Laboratory.

35. Stipulation of the parties regarding heroin (DEA Exhibit 31).

36. Recordkeeper affidavit and Verizon subscriber information: (212) 304-8013.

Pursuant to Local Rule 117.1(A)(8)(b), if the government subsequently forms an intent to introduce any other exhibits, the government shall promptly notify defense counsel of any additional exhibit.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ 
> RACHEL E. HERSHFANG
> JENNIFER H. ZACKS
> Assistant U.S. Attorneys
> (617) 748-3249

October 25, 2004