UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -4 P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA ) 
)
V. ) Criminal Number: 02-10113-RGS
)
5. RAMON ANZIANI )
27. FNU LNU, )
     a/k/a "Pineo" )
     a/k/a "Yoel Rodriguez" )
     a/k/a "Osvaldo Guerrero" )
29. WILLIAM FELIZ, )
     a/k/a "William Felix," )
)
     Defendants. )

## STIPULATION OF THE PARTIES AS TO DRUG EXHIBITS

The United States of America and defendants Ramon Anziani,

Osvaldo Guerrero, and William Feliz, through their undersigned

attorneys, hereby stipulate and agree as follows:

The powder seized from Melanio Almonte on March 23, 2002 and

assigned DEA Exhibit No. 31 was secured until it was sent to and

analyzed by the Drug Enforcement Administration Laboratory in New

York, New York and found to consist of 39.7 grams, net weight,

containing heroin. Following the chemical analysis, the drugs

were returned to the evidence custodian at the Drug Enforcement

Administration in Boston.

MICHAEL J. SULLIVAN
United States Attorney

By:_____
    Rachel E. Hershfang
    Assistant U.S. Attorney

WILLIAM FELIZ                    OSVALDO GUERRERO

By:_____      By:_____
Lawrence A. Vogelman, Esq.          John W. Laymon, Esq.

Dated: October ___, 2004