UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 26 P 5: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal Number: 02-10113-RGS |
| ) | |
| 27. FNU LNU, ) | |
|   a/k/a "Pineo" ) | |
|   a/k/a "Yoel Rodriguez" ) | |
|   a/k/a "Osvaldo Guerrero" ) | |
| 29. WILLIAM FELIZ, ) | |
|   a/k/a "William Felix," ) | |
| ) | |
|   Defendants. ) | |

### STIPULATION OF THE PARTIES AS TO RECORDED CALLS

The United States of America and defendants Osvaldo Guerrero and William Feliz, through their undersigned attorneys, hereby stipulate and agree as follows:

The cd-roms marked Government Exhibits 30 and Exhibit 31, contain fair and accurate copies of 20 calls, and Exhibits 30A and 31A contain excerpts of some of those calls, assigned the numbers set out below, that were recorded on telephone line (978) 943-1787 at the dates and times set forth below. These calls appear on Government Exhibits 30 and 31 as they were initially recorded, without any additions, deletions, or alterations. Excerpts from calls 118, 245, 314, 382, 476 appear on Exhibit 30A without any additions or alterations. Excerpts from calls 358 and 450 appear on Exhibit 31A without any additions or alterations.

| Call Number | Date | Start Time |
|---|---|---|
| 118 | 3/8/02 | 16:28:57 |
| 170 | 3/9/02 | 10:46:25 |

| Call Number | Date | Start Time |
|---|---|---|
| 224 | 3/9/02 | 18:12:28 |
| 236 | 3/9/02 | 19:43:25 |
| 239 | 3/10/02 | 11:34:00 |
| 245 | 3/10/02 | 17:13:16 |
| 247 | 3/10/02 | 18:37:23 |
| 250 | 3/11/02 | 07:27:25 |
| 314 | 3/12/02 | 14:19:07 |
| 315 | 3/12/02 | 14:33:52 |
| 358 | 3/13/02 | 13:16:13 |
| 382 | 3/13//02 | 18:34:26 |
| 450 | 3/14/02 | 20:22:52 |
| 476 | 3/15/02 | 15:44:35 |
| 775 | 3/23/02 | 11:44:07 |
| 776 | 3/23/02 | 12:02:36 |
| 779 | 3/23/02 | 13:19:41 |
| 786 | 3/23/02 | 13:32:27 |
| 800 | 3/23/02 | 14:31:13 |

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
Rachel E. Hershfang
Assistant U.S. Attorney

WILLIAM FELIZ

By:_____
Lawrence A. Vogelman, Esq.

Dated: October ___, 2004

OSVALDO GUERRERO

By:_____
Carl Donaldson, Esq.

2