IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              ) Criminal No. 02-10113-RGS
v.                            )
                              )
                              )
29.  WILLIAM FELIZ,           )
     a/k/a "William Felix"    )

### SECOND REVISED EXHIBIT LIST OF THE UNITED STATES

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Jennifer H. Zacks, Assistant U.S. Attorneys, and hereby submits its exhibit list for the trials of this action. The government reserves its right to supplement or modify this list in light of the evidence that is admitted at the trials and with reasonable notice to the defendants.

1.   Transcript: call 118, 3/8/02 at 16:28:57.

2.   Transcript: call 170, 3/9/02 at 10:46:25.

3.   Transcript: call 224, 3/9/02 at 18:12:28.

4.   Transcript: call 236, 3/9/02 at 19:43:25.

5.   Transcript: call 245, 3/10/02 at 17:13:16.

6.   Transcript: call 247, 3/10/02 at 18:37:23.

7.   Transcript: call 250, 3/11/02 at 07:27:25.

8.   Transcript: call 314, 3/12/02 at 14:19:07.

9.   Transcript: call 315, 3/12/02 at 14:33:52.

10.  Transcript: call 382, 3/13//02 at 18:34:26.

11. Transcript: call 476, 3/15/02 at 15:44:35.
12. Transcript: call 775, 3/23/02 at 11:44:07.
13. Transcript: call 776, 3/23/02 at 12:02:36.
14. Transcript: call 779, 3/23/02 at 13:19:41.
15. Transcript: call 786, 3/23/02 at 13:32:27.
16. Photograph of 10 Third Street, Lowell, MA.
17. Photograph of 10 Third Street, Lowell, MA.
18. Photograph of 10 Third Street, Lowell, MA.
19. Cooperation/plea agreement: Cooperating Witness #1 (S.D.N.Y.).
20. Cooperation/plea agreement: Cooperating Witness #1 (D. Mass.).
21. Photograph of Colores (barbershop).
22. Photograph of Colores (barbershop).
23. Stipulation of the parties regarding intercepted, recorded conversations.
24. Compact disk containing ten recorded telephone calls (Calls 118, 170, 236, 245, 247, 250, 314, 315, 382, 476).
24A. Compact disk containing excerpts of five calls from Exhibit 26 (Calls 118, 245, 314, 382, 476).
25. Compact disk containing five recorded telephone calls (Calls 224, 775, 776, 779, 786.)
26. Cooperation/plea agreement for Cooperating Witness #2.
27. Heroin (DEA Exhibit 31).
28. Stipulation of the parties regarding heroin (DEA Exhibit

31).

29. Recordkeeper affidavit and Verizon subscriber information: (212) 304-8013.

Pursuant to Local Rule 117.1(A)(8)(b), if the government subsequently forms an intent to introduce any other exhibits, the government shall promptly notify defense counsel of any additional exhibit.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By: _____
RACHEL E. HERSHFANG
JENNIFER H. ZACKS
Assistant U.S. Attorneys
(617) 748-3249

October 29, 2004