UNITED STATES OF AMERICA

v.

WILLIAM FELIZ

CRIMINAL ACTION NO. 02-10113

<u>VERDICT FORM</u>

November 5, 2004

*Returned in open Court at 10:55 A.M. on 11-8-04*
*Mary H. Johnson*
*Deputy Clerk*

1.  We, the jury, unanimously find that William Feliz is:

    _____  Not Guilty

    \_\_\_✓\_\_\_\_\_  Guilty

    of conspiracy to distribute heroin.

    If the answer to question 1 is "Not Guilty," you have reached a verdict. If the answer is "Guilty," please answer question 2.

2.  We the jury find that the quantity of the mixture or substance containing a detectable amount of heroin attributable to Mr. Feliz as a member of the conspiracy was:

    [check the highest amount unanimously found.]

    _____  1 kilogram or more

    \_\_\_✓\_\_\_\_\_  at least 700 grams, but less than 1 kilogram

    _____  at least 400 grams, but less than 700 grams

    _____  at least 100 grams, but less than 400 grams

    _____  at least 80 grams, but less than 100 grams

    _____  at least 60 grams, but less than 80 grams

    _____  at least 40 grams, but less than 60 grams

_____    at least 20 grams, but less than 40 grams

_____    at least 10 grams, but less than 20 grams

_____    at least 5 grams, but less than 10 grams

_____    less than 5 grams

I verify that the above answer(s) are the unanimous finding(s) of the jury.

*[signature]*
Foreperson

Dated: 11/8/04