CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: USA v.s. William Feliz
FOR: Massachusetts AT: Boston

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): William Feliz

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
- Magistrate:
- District Court: ➤
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): drug conspiracy
☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
- Name and address of employer: Colores Barber Shop
- IF YES, how much do you earn per month? $ 0
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 4,000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS / OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $25,000 / $23,000  SOURCES: from barber shop prior to incarceration / rent

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 5,000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $39,000 / $360,000  DESCRIPTION: Car - Toyota Highlander 2003 / home - owe over $340,000

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 2+ wife pregnant
- List persons you actually support and your relationship to them: Yadilsa Fernandez - wife; Kaylyn Feliz - child; Martha Ramirez - mother; +4 siblings in Santo Domingo I send money

**OBLIGATIONS & DEBTS / DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| mortgage | Wells Fargo | $340,000 | $2,800 |
| car | Toyota Financial | $27,000 | $570 |
| home equity loan | FHH | $ | $300 |
| business loan | Chase | $5,000 | $120 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 12/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ➤ [signature]