UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 02-10113-29-RGS

WILLIAM FELIZ

## NOTICE OF APPEAL

Now comes the defendant in the above-entitled action, WILLIAM FELIZ, and hereby appeals to the United States Court of Appeals for the First Circuit the judgment and sentence imposed by the Court on February 2, 2005.

Respectfully submitted,

WILLIAM FELIZ, Defendant

By:  _____
Mary H. Johnson
Deputy Clerk
U. S. District Court