3-4-05

AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (10/01)

# United States District Court
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| WILLIAM FELIZ | Case Number: 1: 02 CR 10113 29 RGS |
| | LAWRENCE VOGELMAN, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**
☐ pleaded guilty to count(s): _____
☐ pleaded nolo contendere to counts(s) _____ which was accepted by the court.
☒ was found guilty on count(s) COUNT 2 OF FIFTH SUPERSEDING INDICTMENT after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | CONSPIRACY TO POSSESS HEROIN WITH INTENT TO DISTRIBUTE | 03/23/02 | 2sssss |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

☐ Count(s) _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-70

Defendant's USM No.: 69714-053

Defendant's Residence Address:
PLYMOUTH COUNTY HOUSE OF CORRECTION, PLYMOUTH, MA

Defendant's Mailing Address:
Same as above

02/02/05
Date of Imposition of Judgment

Signature of Judicial Officer

The Honorable Richard G. Stearns
Name and Title of Judicial Officer
Judge, U.S. District Court

Date 2-24-05.

AO 245B Sheet 2 - Imprisonment - D. Massachusetts (10/01)

CASE NUMBER: 1:02 CR 10113 29 RGS
DEFENDANT: WILLIAM FELIZ

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   97   month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at_____ on_____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before_____ on_____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   5-4-05   to   Federal Prison Camp
at   Lewisburg, PA  , with a certified copy of this judgment.

Joseph V. Smith, Warden
~~UNITED STATES MARSHAL~~

By _____, AJS
~~Deputy U.S. Marshal~~