# United States Court of Appeals
## For the First Circuit

02-10113
USDC-MA(B)
J. STEARNS

No. 05-1383

UNITED STATES,

Appellee,

v.

WILLIAM FELIZ,

Defendant, Appellant.

**MANDATE**

**JUDGMENT**

Entered: June 27, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/18/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Hershfang, Ms. Chaitowitz & Mr. Vogelman.]