UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 02-10113-RGS |
| | ) | |
| DIOMEDES ANZIANI | ) | |

## NOTICE OF APPEARANCE

      Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By: */s/: Heidi E. Brieger*
                              HEIDI E. BRIEGER
                              Assistant U.S. Attorney

Dated: May 22, 2008

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2008.

      /s/: *Heidi E. Brieger*
      HEIDI E. BRIEGER
      Assistant U.S. Attorney

Dated: May 22, 2008